UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
EMANUEL DELACRUZ, on behalf of himself and :
all others similarly situated,        :
                                      :
                                      :   ORDER
                    Plaintiffs,       :
      -against-                       :   18 Civ. 7459 (GBD)
                                      :
KIRNA ZABETE, INC.,                   :
                                      :
                    Defendant.        :
                                      :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

   This Court having been advised by the parties that they have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

   All conferences previously scheduled are adjourned *sine die*.

Dated: November 19, 2018
       New York, New York

                              SO ORDERED.

                              *George B. Daniels*
                              GEORGE B. DANIELS
                              UNITED STATES DISTRICT JUDGE